774 A.2d 1244

IN THE MATTER OF EUGENE M. LAVERGNE,
AN ATTORNEY AT LAW.

June 22, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–176 concluding that **EUGENE M. LaVERGNE** of **ASBURY PARK,** who was admitted to the bar of this State in 1990, should be reprimanded on the basis of respondent's conviction of violation of *N.J.S.A.* 2C:20–9, a disorderly persons offense, conduct in violation of *RPC* 8.4(c) (dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **EUGENE M. LaVERGNE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.